

1  BENJAMIN B. WAGNER
   United States Attorney
2  YASIN MOHAMMAD
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

MAR 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___S. ARELLANO_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:96-cr-05012-LJO |
|---|---|
| Plaintiff, | ) ORDER STAYING MAGISTRATE'S RELEASE ORDER AND SETTING HEARING ON GOVERNMENT'S MOTION TO REVOKE ORDER OF RELEASE |
| v. | |
| DAVID LEE SHERIDIAN, | |
| Defendant. | |

Upon motion of the United States Government to revoke the magistrates order of release, and application for stay of the order of the magistrate setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders.

IT IS FURTHER ORDERED that the government file its brief in support of its motion to revoke the defendant's conditions of release on or before March 22, 2012, and that hearing on such motion be set for Fri, 3-23- 2012 at 9:00 am.

Dated: March 21, 2011

                                        _____
                                        Honorable Lawrence J. O'Neill

1