IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                         )<br>             Plaintiff,                        )<br>                                                         )<br>      vs.                                            )<br>                                                         )<br>DAVID LEE SHERIDIAN,            )<br>                                                         )<br>             Defendant.                    )<br>_____) | No. 1:96-CR-05012 LJO<br><br>ORDER OF RELEASE |

The Government's motion to revoke the Magistrate Judge's order of release was held on March 23, 2012.  Pursuant to the stipulation of both parties, and the expressed acceptance of the Defendant, he may be released with the following Court-suggested conditions of supervised release added to those already in existence:

1. The defendant shall submit to at least one drug test on a weekly basis.
2. The defendant shall participate in a weekly substance abuse program.

The defendant shall appear at the next scheduled hearing on April 10, 2012 at 1:30pm before Magistrate Judge McAuliffe, Courtroom 8.

The defendant shall be released forthwith.

IT IS SO ORDERED.

**Dated:   March 23, 2012**                          /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE

1