KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant DAVID LEE SHERIDAN

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:96-cr-05012-LJO |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION SENTENCING |
| v. ) | |
| ) | New date: 5/19/2014 at 8:30 a.m. |
| DAVID LEE SHERIDAN, ) | |
| Defendant. ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set sentencing hearing on the violation of supervised release set for April 28, 2014 at 8:30 a.m. be reset to Monday, May 19, 2014 at 8:30 a.m. before the Honorable LAWRENCE J. O'NEILL, Judge of the Eastern District;

All conditions of release remain in full force and affect. Any delay from continuing this matter from April 28, 2014 to May 19, 2014 shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  **April 22, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE