KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant DAVID LEE SHERIDAN

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 96:05012 LJO |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO SET PROBATION VIOLATION SENTENCING |
| DAVID LEE SHERIDAN, | ) ) | New date: 7/21//14 at 8:30 a.m. |
| Defendant. | ) ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set sentencing hearing on the violation of probation set for May 19, 2014 at 8:30 a.m. be reset to Monday, July 21, 2014 at 8:30 a.m. before the Honorable LAWRENCE J. O'NEILL, Judge of the Eastern District;

All  previous probation conditions of  release remain in full force and effect. Defendant is ordered to stay at WestCare Treatment Facility, Fresno, California until released by his probation officer. Any delay from continuing this matter from May 19, 2014 to July 14, 2014  shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **May 14, 2014**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE